```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 35018
    JACQUELINE MARIE SYERS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4487


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/21/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  36.56% from remaining funds.

     The case was paid in full 12/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED            8050.00          538.70        8050.00
CREDIT ACCEPTANCE CORP   UNSECURED OTH      1015.25             .00         371.14
GREAT AMERICAN FINANCE   SECURED             600.00           40.16         600.00
GREAT AMERICAN FINANCE   UNSECURED OTH       846.16             .00         307.95
A-ALL PAYDAY LOANS       UNSECURED OTH       631.66             .00         229.89
ASPIRE                   UNSECURED          1627.06             .00         594.84
ASPIRE                   NOTICE ONLY       NOT FILED            .00             .00
ROUNDUP FUNDING LLC      UNSECURED OTH       706.23             .00         257.03
CAPITAL ONE BANK         UNSECURED OTH       939.04             .00         341.75
COMMONWEALTH EDISON      UNSECURED         NOT FILED            .00             .00
CREDIT PROTECTION ASSOC  UNSECURED         NOT FILED            .00             .00
DR KARALIS               UNSECURED         NOT FILED            .00             .00
WORLD FINANCIAL NETWORK  UNSECURED OTH       218.67             .00          79.58
FIRST USA BANK           UNSECURED         NOT FILED            .00             .00
ROUNDUP FUNDING LLC      UNSECURED OTH       325.08             .00         118.31
FIRST USA BANK           NOTICE ONLY       NOT FILED            .00             .00
FIRST USA NA             UNSECURED         NOT FILED            .00             .00
ECAST SETTLEMENT CORP    UNSECURED          1904.93             .00         696.42
NICOR GAS                UNSECURED OTH       950.92             .00         355.62
PIER 1 IMPORTS           UNSECURED           472.76             .00         172.06
PIER 1 IMPORTS           NOTICE ONLY       NOT FILED            .00             .00
PROVIDIAN NATIONAL BANK  UNSECURED          1495.14             .00         546.61
PROVIDIAN                NOTICE ONLY       NOT FILED            .00             .00
ISAC                     UNSECURED          6228.87             .00        2277.21
ECAST SETTLEMENT CORP    UNSECURED OTH       691.90             .00         251.81
SHORT TERM LOAN          UNSECURED         NOT FILED            .00             .00
VERIZON WIRELESS         UNSECURED         NOT FILED            .00             .00
VERIZON WIRELESS         NOTICE ONLY       NOT FILED            .00             .00
GREAT AMERICAN FINANCE   NOTICE ONLY       NOT FILED            .00             .00
PETER FRANCIS GERACI     DEBTOR ATTY        1,199.00                        1,199.00
TOM VAUGHN               TRUSTEE                                             971.92
DEBTOR REFUND            REFUND                                              343.53

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 35018 JACQUELINE MARIE SYERS
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                18,343.53

PRIORITY                                            .00
SECURED                                        8,650.00
    INTEREST                                     578.86
UNSECURED                                      6,600.22
ADMINISTRATIVE                                 1,199.00
TRUSTEE COMPENSATION                             971.92
DEBTOR REFUND                                    343.53
                       ---------------     ---------------
TOTALS                 18,343.53               18,343.53
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 03/27/08            _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE



                        PAGE   2
        CASE NO. 04 B 35018 JACQUELINE MARIE SYERS